IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-80432-CIV-RYSKAMP/HOPKINS

DYAN HUNT, individually, and as parent
and guardian for KARL HUNT,

    Plaintiffs,

v.

AIMCO PROPERTIES, L.P.

    Defendants
_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, DYAN HUNT, individually, and as parent and guardian for KARL HUNT, and Defendants AIMCO PROPERTIES, L.P., in accordance with the parties' written agreement, stipulate to the dismissal with prejudice of this action against named Defendant.

Respectfully submitted this 19 day of January, 2017.

| | |
|---|---|
| _s/_ Scott M. Badami | _s/ Matthew W. Dietz |
| Scott M. Badami | Matthew W. Dietz |
| | Fla. Bar. No.: 0084905 |
| | |
| Fox Rothschild LLP | Disability Independence Group, Inc. |
| 222 Lakeview Avenue, Suite 700 | 2990 Southwest 35th Avenue |
| West Palm Beach, Florida 33401 | Miami, Florida 33133 |
| Telephone: (561) 804-4432 | Telephone: 305-669-2822 |
| Facsimile: (561) 835-9602 | Facsimile: 30-442-4181 |
| Email: wmason@foxrothschild.com | Email: mdietz@justdigit.org |
|     jchristman@foxrothschild.com |     lgoodman@justdigit.org |
|     sbadami@foxrothschild.com |     aa@justdigit.org |
| | |
| *Counsel for Defendants* | *Counsel for Plaintiff* |

*HUNT v. AIMCO PROPERTIES, LP.*
*CASE NO: 14-80432-CIV*
*Page 2 of 2*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 19, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties and counsel of record, or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

   *s/ Matthew W. Dietz*
Matthew W. Dietz
Fla. Bar. No.: 0084905
DISABILITY INDEPENDENCE GROUP
2990 Southwest 35th Avenue
Miami, Florida 33133
Telephone: 305-669-2822
Facsimile: 30-442-4181
Email: mdietz@justdigit.org
      lgoodman@justdigit.org
      aa@justdigit.org