UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:14-CV-80432-ROSENBERG/HOPKINS

DYAN HUNT, individually, and as a parent and guardian for Karl Hunt,

    Plaintiff,

v.

AIMCO PROPERTIES, L.P.,

    Defendant.
_____/

## ORDER DISMISSING AND CLOSING CASE

**THIS CAUSE** came before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice [DE 62]. In light of the parties' Joint Stipulation, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorney's fees and costs.

2. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

3. All pending motions are **DENIED AS MOOT**, all deadlines are **TERMINATED**, and all hearings are **CANCELLED**.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 24th day of January, 2017.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record